No. 5435. RYBAR *v.* NELSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 5447. BAUMGART *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 5457. PRINCIPE *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 5459. JONES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 5476. HARVEY *v.* ERICKSON, WARDEN. Sup. Ct. S. D. Certiorari denied.

No. 5477. PAM *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 5491. MARNIN *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 5731. JOHNSON *v.* FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 5735. ALEXANDER *v.* SUPERIOR COURT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 5737. WILBUR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5738. MURATORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5739. MOREHEAD *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5740. GARCIA ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.